IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV138-RLV-DSC

| | |
|---|---|
| FINLAY AIR, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| STRATEGIC MOVES, LLC, | ) ) |
| Defendant. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Appearance of Counsel Jennifer L. Brant Pro Hac Vice" (document #7) filed October 8, 2010. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 8, 2010

David S. Cayer
United States Magistrate Judge